**CDLG, PC**
Tony Cara, Esq., SBN 170720
2973 Harbor Boulevard, Suite 594
Costa Mesa, CA 92626-3912
Phone: (888) 615-6765
Fax: (888) 660-8874
cdlglawyer@gmail.com

Attorney for Plaintiff,
NICHOLE HILTZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLE HILTZ,<br><br>　　　　　Plaintiff,<br>v.<br><br>REAL TIME RESOLUTIONS, INC.;<br>RRA CP OPPORTUNITY TRUST 1;<br>and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No.  2:22-cv-09115-RSWL-PD<br><br>**NOTICE OF *TENTATIVE*<br>SETTLEMENT** |

**TO THE HONORABLE COURT AND TO ALL INTERESTED PARTIES AND THEIR COUNSELS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that Plaintiff, NICHOLE HILTZ (hereinafter, "Plaintiff") by and through her counsel hereby submits this notice to notify the Court that she has come to a tentative settlement agreement with Defendants.

A final dismissal of the case will be forthcoming once it is finalized.

DATED:  January 4, 2023                    **CDLG, PC**

                                    BY:   */s/ Tony Cara*
                                          Tony Cara, Esq.
                                          Attorney for Plaintiff,
                                          NICHOLE HILTZ