**CDLG, PC**
Tony Cara, Esq., SBN: 170720
2973 Harbor Boulevard, Suite 594
Costa Mesa, CA 92626-3912
Phone: (888) 615-6765
Fax: (888) 660-8874
E-mail: cdlglawyer@gmail.com

Attorneys for Plaintiff,
NICHOLE HILTZ

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLE HILTZ,<br><br>  Plaintiff,<br><br>  v.<br><br>REAL TIME RESOLUTIONS, INC.;<br>RRA CP OPPORTUNITY TRUST 1;<br>and DOES 1-10, inclusive,<br><br>  Defendants. | Case No.: 2:22-cv-09115-RSWL-PD<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** |

**TO THE COURT, ALL PARTIES AND THE ATTORNEYS OF RECORD:**

## STIPULATION

Pursuant to a settlement agreement between the parties, Plaintiff NICHOLE HILTZ ("Plaintiff"), by and through her counsel, releases all claims and causes of action against Defendants REAL TIME RESOLUTIONS, INC. and RRA CP OPPORTUNITY TRUST 1 (collectively, "Defendants").

**THEREFORE**, Plaintiff and Defendants **STIPULATE**, by and through their respective counsels of record, to hereby dismiss this action **WITH PREJUDICE** pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i).

This stipulation of dismissal completely terminates the above-entitled action against all parties. Each party will bear its/her own costs.

Respectfully submitted,

Dated: January 6, 2023            **CDLG, PC**

By: /s/ Tony Cara
TONY CARA, ESQ
Attorney for Plaintiff
NICHOLE HILTZ

Dated: January 6, 2023

By: /s/
NATHANIEL R. LUCEY, ESQ.
Attorneys for Defendants

## ECF ATTESTATION

"I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document."

DATED: January 6, 2023				BY:   /s/ Tony Cara
								TONY CARA, ESQ.