**CDLG, PC**  
Tony Cara, Esq. (SBN: 170720)  
2973 Harbor Blvd., #594  
Costa Mesa, CA 92626  
Tel. (888) 615-6765  
Fax (888) 660-8874  
E-mail: cdlglawyer@gmail.com  

JS-6

Attorneys for Plaintiff,  
NICHOLE HILTZ

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLE HILTZ,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br><br>REAL TIME RESOLUTIONS, INC.;<br>RRA CP OPPORTUNITY TRUST 1;<br>and DOES 1-10, inclusive,<br><br>　　　　　　Defendants. | Case No.: 2:22-cv-09115-RSWL-PDx<br><br>**ORDER APPROVING STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** |

　　The Court, having considered the Stipulation for Dismissal of Action with Prejudice (the "Stipulation") entered into between the parties, and finding good cause appearing therefor, **ORDERS** that:

　　1.　The Stipulation is **APPROVED**.
　　2.　This action is hereby dismissed **WITH PREJUDICE**.
　　3.　Each party shall bear its/her own attorneys' fees and costs.
　　IT IS SO ORDERED.

Dated: January 9, 2023　　　　　　　By: __/S/ RONALD S.W. LEW___
　　　　　　　　　　　　　　　　　　　　　United States District Court Judge

1

[PROPOSED] ORDER APPROVING STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE